AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| Sybersound Records, Inc., d/b/a Party Tyme Karaoke | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Apollo Global Management, d/b/a The Venetian Resort Hotel; Brookfield Properties d/b/a Grand Cana Shoppes at the Venetian Resort Las Vegas; Kamu Ultra Karaoke at the Venetian; Jeff Kim, an individual | ) |
| *Defendant(s)* | ) |

Civil Action No.    2:23-cv-9750

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Apollo Global Management, d/b/a The Venetian Resort Hotel
Brookfield Properties d/b/a Grand Canal Shoppes at the Venetian Resort in Las Vegas
Kamu Ultra Karaoke at the Venetian
Jeff Kim, an individual

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter L. Haviland
The Wheaton Law Group
2450 Colorado Avenue, Suite 100
Santa Monica, California  90404
Telephone:  310.309.7823  Email:  havilandp@thewheatongroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*